IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>Magistrate: |
| **HILDA TUCKER**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**PFIZER, INC., PHARMACIA CORP., and G.D.SEARLE & CO.**,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-3014 CRB<br><br>**ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __6th____ day of __September_____, 2006, in San Francisco, California.

_____
CHARLES R. BREYER
United States District

